STANDARD OIL CO. v. BENNETT. (Circuit Court of Appeals, Fourth Circuit. April 6, 1920.) No. 1732. In Error to the District Court of the United States for the Eastern District of South Carolina, at Charleston. E. T. Cansler, Sr., of Charlotte, N. C., Willcox & Willcox and Henry E. Davis, all of Florence, S. C., and Moss & Lide, of Orangeburg, S. C., for plaintiff in error. Logan & Grace, of Charleston, S. C., for defendant in error. ·

PER CURIAM. Cause dismissed on motion of plaintiff in error.

STANDARD OIL CO. v. BENNETT. (Circuit Court of Appeals, Fourth Circuit. April 6, 1920.) No. 1733. In Error to the District Court of the United States for the Eastern District of South Carolina, at Charleston. E. T. Cansler, Sr., of Charlotte, N. C., Willcox & Willcox and Henry E. Davis, all of Florence, S. C., and Moss & Lide, of Orangeburg, S. C., for plaintiff in error. Logan & Grace, of Charleston, S. C., for defendant in error.

PER CURIAM. Cause dismissed on motion of plaintiff in error.

STEPHENS v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 25, 1920.) No. 5488. In Error to the District Court of the United States for the Eastern District of Oklahoma. John J. N. Sykes, of Tulsa, Okl., for plaintiff in error. Archibald Bonds, U. S. Atty., of Muskogee. Okl.

PER CURIAM. Writ of error dismissed, on motion of counsel for defendant in error, without costs to either party in this court.

UNION ELECTRIC LIGHT & POWER CO. v. WATKINS. (Circuit Court of Appeals, Eighth Circuit. May 5, 1920.) No. 5607. In Error to the District Court of the United States for the Eastern District of Missouri. Jourdan, Rassieur & Pierce, John M. Goodwin, and W. M. Hezel, all of St. Louis, Mo., ior plaintiff in error. Sidney Thorne Able and Charles P. Noell, both of St. Louis, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, and cause remanded for new trial, on confession of error and stipulation of parties.

UNION OF SIBERIAN CO-OPERATIVE UNIONS, Inc., v. ARONSTAM. UNION OF SIBERIAN CREAMERY ASSOCIATIONS, Inc., v. SAME. (Circuit Court of Appeals, Second Circuit. April 14, 1920.) In Error to the District Court of the United States for the Southern District of New York. Actions at law by Charles S. Aronstam against the Union of Siberian Co-operative Unions, Incorporated, and against the Union of Siberian Creamery Associations, Incorporated. Judgments for plaintiff, and defendants bring error. Affirmed. McAdoo, Cotton & Franklin, of New York City (George S. Franklin and Emanuel J. Myers, both of New York City, of counsel), for plaintiffs in error. Victor E. Gartz, of New York City (John P. Murray, of New York City, of counsel), for defendant in error. Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgments affirmed, on the ground that the writ of error is frivolous.